## H. KOEHLER & CO. v. BROOKLYN HEIGHTS RY. CO.

(Supreme Court, Appellate Term. July 7, 1908.)

STREET RAILROADS—COLLISION—NEGLIGENCE—CONTRIBUTORY NEGLIGENCE. ·
In an action against a street railway company for the death of a horse
in a collision with a car, evidence *held* to warrant a finding that the com-
pany was negligent, and that the driver of the horse was free from con-
tributory negligence, authorizing a recovery.

Appeal from Municipal Court, Borough of Manhattan, Fourth Dis-
trict.

Action by H. Koehler & Co. against the Brooklyn Heights Railway
Company. From a judgment of the Municipal Court in favor of plain-
tiff, defendant appeals. Affirmed.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEA-
BURY, JJ.

George D. Yeomans, for appellant.
Pratt & Koehler, for respondent.

SEABURY, J. This action is brought to recover damages for the
death of a horse alleged to have been killed through the negligence of
the defendant. The appellant claims that the plaintiff failed to estab-
lish that its driver was free from contributory negligence and to sus-
tain the burden of proof showing that the defendant was negligent.
The plaintiff's agent was driving two horses attached to a heavily load-
ed wagon. While going through Huron street, and attempting to
cross the railway tracks on Manhattan avenue, his truck was struck by
the defendant's car. The driver testified that he looked and saw no car
approaching from the north, but that, while he was on the north-bound
track, he saw a south-bound car 50 or 75 feet away from him. He tes-
tified that to avoid the accident he turned his horses to the left; but
the car, which was going rapidly, struck his truck. There was tes-
timony that the motorman made no effort to slacken the speed of his
car and sounded no gong. The plaintiff was corroborated by two dis-
interested witnesses, while the defendant called no witnesses and of-
fered no proof. I think the evidence sufficient to sustain the judg-
ment rendered.

Judgment affirmed, with costs. All concur.